# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PR HOSPITALITY, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00870-LJO-BAM<br><br>ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT AND NON-EXPERT DISCOVERY<br>(Doc. 39) |

Pursuant to the stipulation of the parties, and good cause appearing on the record, the deadlines in the Scheduling Conference Order issued on January 16, 2018, are modified as follows:

1. The deadline to file amended pleadings is set for June 5, 2018;
2. The deadline for non-expert discovery to be completed is July 11, 2018;
3. The deadline for expert discovery to be completed is July 31, 2018; and
4. The deadline for filing pre-trial motions is **July 31, 2018**.

The parties are advised that no further modifications of the Scheduling Conference Order shall be granted absent a showing of good cause. Fed. R. Civ. P. 16(b)(4). Any request to modify the dates set for the Pretrial Conference and Trial must be submitted for approval to Chief Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: **May 15, 2018**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1