MARK A. THIEL, SBN. 182045
LAW OFFICES OF MARK A. THIEL
3439 Brookside Road, Suite 205
Stockton, CA 95219
ph: (209) 951-9600
fax: (209) 475-4951

Attorney for Plaintiff
SCOTT ANDERSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ANDERSON | Case No. 1:17-cv-00870-LJO-BAM |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| PR HOSPITALITY, INC.; DOES 1 through 20, inclusive | |
| Defendants. | |

Notice is hereby given that the parties herein have agreed to Settlement regarding the above-mentioned case. The Parties hereto, shall be filing the final documents within the next thirty days.

DATED: 6/30/18            LAW OFFICES OF MARK A. THIEL

                          _____
                          MARK A. THIEL
                          Attorney for Plaintiff