MARK A. THIEL, SBN. 182045
LAW OFFICES OF MARK A. THIEL
3439 Brookside Road, Suite 205
Stockton, CA 95219
ph: (209) 951-9600
fax: (209) 475-4951

Attorney for Plaintiff
SCOTT ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ANDERSON | Case No. 1:17-cv-00870-LJO-BAM |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i) |
| vs. | |
| PR HOSPITALITY, INC.; DOES 1 through 20, inclusive | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure, the Plaintiff SCOTT ANDERSON, and his counsel hereby give Notice that SCOTT ANDERSON voluntarily dismisses its claim against the Defendants PR HOSPITALITY INC., AND DOES 1 through 20, Inclusive with Prejudice.

DATED: 10/26/18         LAW OFFICES OF MARK A. THIEL

                        _____
                        MARK A. THIEL
                        Attorney for Plaintiff

# PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF SAN JOAQUIN

I am a citizen of the United State and a resident of the County of San Joaquin. I am over the age of 18 years and no party to the within above-entitled action; my business address is 3439 Brookside Road, Suite 205, Stockton CA 95219.

I am familiar with this Law Office's practice whereby the mail after being placed in a designated area is given the appropriate postage and is deposited in the U.S. mailbox in the City of Stockton, California after the close of the day's business.

On October 31, 2018, I served the within:

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i).

<u>XXXX</u>   On all parties in said action by placing a true copy thereof enclosed in a sealed envelope in the designated area for outgoing mail address as set forth below:

JAMES P. VAN, ESQ.
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno CA 93704-2225

I, YOLANDA GARCIA, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 31, 2018 at Stockton, California

_____
YOLANDA GARCIA